669 A.2d 880

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Frank J. MARCONE, Respondent.**

**No. 690 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Nov. 30, 1995.

***ORDER***

PER CURIAM.

**AND NOW,** this **30th** day of **November, 1995,** Respondent's Motion Seeking Reduction of Suspension from Four Years to One Year Pursuant to King's Bench is Quashed.

MONTEMURO, J., who participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f) did not participate in this matter.